**Date Signed:**
**February 26, 2025**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>CHRISTI LYNN DISTEFANO,<br><br>Debtor. | Case No.: 24-00645<br>Chapter 13<br><br>Related: ECF 2 |

## MEMORANDUM OF DECISION
## ON CLAIM OF EXEMPTIONS

Chapter 7 debtor Christi Lynn DiStefano claimed an exemption in real property located in Hawaii which she owns as tenants by the entirety with her husband. Creditor Endurance American Insurance Company objects to the claim of exemptions. I will SUSTAIN the objection in part and OVERRULE it in part, as follows:

Ms. DiStefano is entitled to the benefits of the tenancy by the entirety under Hawaii law. Endurance claims that Ms. DiStefano is domiciled in New York state and that therefore she is not entitled to the Hawaii tenancy by the entirety exemption. Endurance incorrectly relies on § 522(b)(3)(A), which

provides that the law of the debtor's domicile governs certain exemptions. But the exemption for entireties property rests on § 522(b)(3)(B). That section provides that a debtor may claim an exemption in tenancy by the entirety property "to the extent that such interest as a tenant by the entirety . . . is exempt from process under applicable nonbankruptcy law . . . ." At least as far as real estate is concerned, "applicable nonbankruptcy law" is the law of the situs of the real estate, and not the law of the debtor's domicile. *See Holland v. Safanda* (*In re Holland*), 366 B.R. 825, 830 (N.D. Ill. 2007).

Under Hawaii law, entireties property is exempt from the individual debts of each spouse but is available to the joint creditors of both spouses. *Sawada v. Endo*, 57 Haw. 608, 612 (1977).

Therefore, the objection is SUSTAINED if and to the extent that Endurance or any other creditor is a joint creditor of Ms. and Mr. DiStefano and is OVERRULED if and to the extent that Endurance or any other creditor is a creditor of only Ms. or Mr. DiStefano.

This order does not determine whether or to what extent Endurance is a joint or individual creditor, whether Endurance holds a lien on the subject property that cannot be avoided, or the amount of Endurance's allowed claim.

**END OF ORDER**

3

U.S. Bankruptcy Court - Hawaii   #24-00645   Dkt # 28   Filed  02/26/25   Page 3 of 3